IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ASTRAZENECA AB, ASTRAZENECA UK LIMITED, and ASTRAZENECA PHARMACEUTICALS LP,<br><br>Plaintiffs,<br><br>v.<br><br>SIGMAPHARM LABORATORIES, LLC, et al.<br><br>Defendants. | Civil Action No. 15-1000-RGA<br><br>CONSOLIDATED |

**JOINT STIPULATION TO AMEND SCHEDULING ORDER**

This stipulation is made by and between Plaintiffs AstraZeneca LP, AstraZeneca AB, AstraZeneca UK Limited, and AstraZeneca Pharmaceuticals LP (collectively "AstraZeneca" or "Plaintiffs"), and all of the undersigned Defendants:

WHEREAS, the Court signed a Scheduling Order in this case on February 25, 2016 (D.I. 25);

WHEREAS, the Scheduling Order sets out deadlines and dates for discovery and trial in this case;

WHEREAS, the parties agree that the dates relating to discovery should all be extended by six weeks, and that the pretrial conference and trial dates should be shifted by approximately four months, from March/April, 2018 to July/August, 2018;

WHEREAS, the parties jointly request the extension in order to complete fact discovery, including taking approximately twenty additional depositions;

WHEREAS, the parties agree that expert discovery should be extended by a

1

corresponding time period to accommodate the fact discovery extension;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to approval of the Court, that:

1. The deadlines in the Scheduling Order pertaining to fact discovery and expert discovery are to be extended pursuant to the revised schedule attached to this stipulation;

2. Pursuant to the parties' teleconference with the Court on June 2, 2017, the dates for the pretrial conference and trial are left blank for the Court to review; and

3. Based on availability of counsel for the parties, the parties respectfully request a pretrial conference and a consolidated five-day trial on all issues in July or August, 2018 as best aligns with the Court's schedule (subject to conditions noted on the revised schedule attached to this stipulation).

| | |
|---|---|
| /s/ Daniel M. Silver | /s/ James M. Lennon |
| Michael P. Kelly (#2295) | James M. Lennon (#4570) |
| Daniel M. Silver (#4758) | James L. Higgins (#5021) |
| Benjamin A. Smyth (#5528) | YOUNG CONAWAY STARGATT & |
| MCCARTER & ENGLISH, L.L.P. | TAYLOR LLP |
| Renaissance Centre | Rodney Square |
| 405 N. King Street, 8th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 571-6600 |
| mkelly@mccarter.com | jlennon@ycst.com |
| dsilver@mccarter.com | gbrodzik@ycst.com |
| bsmyth@mccarter.com | |
| | |
| *Attorneys for Plaintiffs AstraZeneca AB, AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and AstraZeneca LP* | *Attorneys for Defendant Mylan Pharmaceuticals Inc.* |

2

/s/ R. Touhey Myer
R. Touhey Myer (#5939)
CAESAR RIVISE PC
800 North King Street
King Street Plaza, Suite 304
Wilmington, DE 19801
(302) 544-9100
tmyer@crbcp.com

*Attorneys for Defendants Sigmapharm Laboratories, LLC and InvaGen Pharmaceuticals Inc.*


/s/ Bindu A. Palapura
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
P.O. Box. 951 1313 Market Street
Wilmington, DE 19899
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant Watson Laboratories Inc.*


/s/ Joseph J. Bellew
Joseph J. Bellew (#4816)
COZEN O'CONNOR PC
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2025
jbellew@cozen.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

Dated: June 8, 2017

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
haynes@rlf.com

*Attorneys for Defendant Prinston Pharmaceutical Inc.*


/s/ Karen L. Pascale
Karen L. Pascale (#2903)
Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
YOUNG CONAWAY STARGATT
& TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York LLC*

IT IS SO ORDERED this _____ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

ME1 25006960v.1