## Proposed Amendments to Scheduling Order

| Scheduling Order Para. | Action | Original Deadline | New Deadline |
|---|---|---|---|
| 4(a) | Close of Fact Discovery | June 8, 2017 | July 20, 2017 |
| 12(a) | Opening Expert Reports | August 4, 2017 | September 27, 2017 |
| 12(a) | Rebuttal Expert Reports | September 15, 2017 | November 22, 2017 |
| 12(a) | Reply Expert Reports | October 13, 2017 | January 10, 2018 |
| 12(a) | Expert Depositions Completed | January 18, 2018 | April 13, 2018 |
| 12(b) | *Daubert* Motions | January 31, 2018 | May 4, 2018 |
| 12(b) | Answers to *Daubert* Motions | February 7, 2018 | May 11, 2018 |
| 12(b) | Replies to *Daubert* Motions | February 12, 2018 | May 18, 2018 |
| 15 | Pretrial Conference | March 16, 2018 | |
| 15, 16(b) | Proposal on Process for Pretrial Order and Motions *in Limine* | January 31, 2018 | May 4, 2018 |
| 18(a) 18(b) | Trial[*] | March 26-28, 2018 April 2, 6, 9, 16, 18, 20, 2018 | |

[*] The parties, with the exception of Defendants Sigmapharm, InvaGen, Prinston, Amneal, and Watson, jointly propose a five-day consolidated trial on all validity and infringement issues, as it fits with the Court's schedule.  Consistent with the current scheduling order, Sigmapharm, InvaGen, Prinston, Amneal, and Watson request separate 1-day infringement trials in view of the highly confidential nature of the documents and testimony that will be presented on the infringement disputes.