# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ASTRAZENECA AB, ASTRAZENECA UK LIMITED, and ASTRAZENECA PHARMACEUTICALS LP, Plaintiffs, v. SIGMAPHARM LABORATORIES, LLC, ET AL. Defendant. | Civil Action No. 15-cv-01000-RGA CONSOLIDATED |
| ASTRAZENECA LP, ASTRAZENECA AB, ASTRAZENECA UK LIMITED, and ASTRAZENECA PHARMACEUTICALS LP, Plaintiffs, v. MYLAN PHARMACEUTICALS INC. Defendant. | Civil Action No. 15-cv-00999-RGA |

ME1 26573589v.1

**CONSENT JUDGMENT**

AstraZeneca LP, AstraZeneca AB, AstraZeneca UK Limited, and AstraZeneca Pharmaceuticals LP (hereinafter collectively "AstraZeneca"), and Mylan Pharmaceuticals Inc. (hereinafter "Defendant"), the parties in the above-captioned action ("the Action"), have agreed to terms and conditions representing a negotiated settlement of this Action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement").  Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in this Action as follows:

IT IS this _____ day of _____, 2018:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above Action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Defendant Product" shall mean a drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 208597 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed Patents" shall mean United States Patent Numbers 6,251,910; RE46,276 (6,525,060); 7,250,419; 7,265,124, and 8,425,934; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Defendant; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent

governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Defendant, including any of its Affiliates, successors and assigns, is enjoined from making, having made, using, selling, offering to sell, importing or distributing of the Defendant Product.

4. Compliance with this Consent Judgment may be enforced by AstraZeneca and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
The Honorable Richard G. Andrews
United States District Judge


We hereby consent to the form and entry of this Order:

/s/ Daniel M. Silver
Michael P. Kelly (# 2295)
Daniel M. Silver (# 4758)
Benjamin A. Smyth (# 5528)
McCARTER & ENGLISH, LLP
Four Gateway Center
405 King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

*Of Counsel*

Charles E. Lipsey
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
Charles.Lipsey@finnegan.com
Ryan.O'quinn@finnegan.com

Mark J. Feldstein
Jill K. MacAlpine
Maximilienne Giannelli
Cora R. Holt
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Mark.Feldstein@finnegan.com
Jill.Macalpine@finnegan.com
Max.Giannelli@finnegan.com
Cora.Holt@finnegan.com

*Attorneys for AstraZeneca LP, AstraZeneca AB, AstraZeneca UK Limited, and AstraZeneca Pharmaceuticals LP*

/s/ James M. Lennon
James M. Lennon, Esq. (# 4570)
DEVLIN LAW FIRM LLC
1306 N. Broom St., Suite 1
Wilmington, DE 19806
jlennon@devlinlawfirm.com

*Of Counsel*

Of Counsel:
James H. Wallace, Jr.
Mark A. Pacella
Wesley E. Weeks
WILEY REIN LLP
1776 K Street N.W.
Washington DC 20006
(202) 719-7000 telephone
(202) 719-7049 facsimile
jwallaceJr@wileyrein.com
mpacella@wileyrein.com
wweeks@wileyrein.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*