**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

---

ASTRAZENECA LP, ASTRAZENECA
AB, ASTRAZENECA UK LIMITED, and
ASTRAZENECA PHARMACEUTICALS LP,

    Plaintiffs,

v.

SIGMAPHARM LABORATORIES, LLC,

    Defendant.

---

Civil Action No. 15-cv-01000-RGA
CONSOLIDATED
Hon. Richard G. Andrews, U.S.D.J.

**CONSENT JUDGMENT**

AstraZeneca AB, AstraZeneca Pharmaceuticals LP and AstraZeneca UK Limited (hereinafter collectively "AstraZeneca"), and Sigmapharm Laboratories, LLC (hereinafter "Sigmapharm"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this 23 day of April, 2018:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Sigmapharm Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 208596 (and defined in greater detail in the Settlement Agreement); (ii)

1

ME1 27067801v.1

the term "Licensed Patents" shall mean United States Patent Numbers 6,251,910; RE46,276 (6,525,060); 7,250,419; and 7,265,124; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Sigmapharm; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Sigmapharm, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Sigmapharm Product.

4. Compliance with this Consent Judgment may be enforced by Sigmapharm and its successors in interest or assigns and AstraZeneca and its successors in interest or assigns, in each case, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

SO ORDERED this __23__ day of __April__, 2018.

_____
Richard G. Andrews, U.S.D.J.

We hereby consent to the form and entry of this Order:

| McCARTER & ENGLISH, LLP | CAESAR RIVISE, PC |
|---|---|
| /s/ Daniel M. Silver | /s/ R. Touhey Myer |
| Michael P. Kelly (#2295) | R. Touhey Myer (#5939) |
| Daniel M. Silver (#4758) | 800 North King Street, King Street Plaza |
| Four Gateway Center | Suite 304 |
| 405 King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 544-9100 |
| mkelly@mccarter.com | tmyer@crbcp.com |
| dsilver@mccarter.com | |
| | *Of Counsel* |
| *Of Counsel* | |
| | Robert S. Silver |
| Charles E. Lipsey | Lynn Terrebonne |
| Ryan P. O'Quinn | Michael P. Hogan |
| FINNEGAN, HENDERSON, FARABOW, | Pei-Ru Wey |
| GARRETT & DUNNER, LLP | Salvatore Guerriero |
| Two Freedom Square | CAESAR RIVISE, PC |
| 11955 Freedom Drive | 1635 Market Street, 12th Floor |
| Reston, Virginia 20190 | Philadelphia, PA 19103 |
| charles.lipsey@finnegan.com | rsilver@crbcp.com |
| ryan.o'quinn@finnegan.com | lterrebonne@crbcp.com |
| | mhogan@crbcp.com |
| | pwey@crbcp.com |
| | sguerriero@crbcp.com |

*Attorneys for Defendant*
*Sigmapharm Laboratories, LLC*

ME1 27067801v.1

Mark J. Feldstein
Jill K. MacAlpine
Maximilienne Giannelli
Cora R. Holt
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
mark.feldstein@finnegan.com
jill.macalpine@finnegan.com
Max.Giannelli@finnegan.com
Cora.Holt@finnegan.com

*Attorneys for Plaintiffs AstraZeneca LP,
AstraZeneca AB, AstraZeneca UK Limited, and
AstraZeneca Pharmaceuticals LP*