# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ASTRAZENECA AB, ASTRAZENECA UK LIMITED, and ASTRAZENECA PHARMACEUTICALS LP,<br><br>Plaintiffs,<br><br>v.<br><br>SIGMAPHARM LABORATORIES, LLC, et al.<br><br>Defendants. | Civil Action No. 15-1000-RGA<br><br>CONSOLIDATED |
| ASTRAZENECA LP, ASTRAZENECA AB, ASTRAZENECA UK LIMITED, and ASTRAZENECA PHARMACEUTICALS LP,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC and AMNEAL PHARMACEUTICALS OF NEW YORK, LLC,<br><br>Defendants. | Civil Action No. 15-1056-RGA<br><br><br><br>PUBLIC VERSION FILED: August 22, 2018 |

## JOINT STIPULATION STAYING AMNEAL ACTIONS AND CANCELLING TRIAL

This stipulation is made by and between Plaintiffs AstraZeneca LP, AstraZeneca AB, AstraZeneca UK Limited, and AstraZeneca Pharmaceuticals LP (collectively "Plaintiffs" or "AstraZeneca") and Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York, LLC (collectively, "Amneal" or "Defendants") (collectively, "the parties"):

WHEREAS, Plaintiffs and Defendants are parties to the above actions ("the Amneal Actions") pending before this Court;

ME1 27872046v.1

WHEREAS, AstraZeneca has also sued other parties in related actions pending before the Court, which are captioned *AstraZeneca LP et al. v. Prinston Pharmaceutical Inc.*, C.A. No. 1:15-cv-01057-RGA; and *AstraZeneca LP et al. v. Apotex Inc. et al.*, C.A. No. 1:15-cv-01058-RGA (the "Related Actions"), which were consolidated under C.A. No. 15-cv 01000-RGA ("the Consolidated Action");[1]

WHEREAS, following a teleconference with the parties, the Court issued an Order on April 6, 2018, scheduling a single trial on validity and infringement issues for the Amneal Actions to begin on August 27, 2018 (D.I. 460);

[REDACTED]

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their undersigned counsel, and subject to approval of the Court, that:

1. The parties jointly request that the Amneal Actions be stayed for thirty days until **September 12, 2018**, [REDACTED]

2. The parties consolidated joint proposed pretrial order, currently due to be filed with

---

[1] Two additional recently-filed Related Actions, *AstraZeneca LP et al. v. Prinston Pharmaceutical Inc.*, C.A. No. 1:17-cv-01639-RGA, and *AstraZeneca LP et al. v. Hisun Pharmaceutical (Hangzhou) Co., Ltd. et al.* (filed August 10, 2018 and not yet assigned a case number), have not yet been consolidated under C.A. No. 15-cv-01000-RGA as of the date of this stipulation.

the Court on August 13, 2018, will not be filed during the period of the stay █████

████████████████

3. The final pretrial conference in these matters scheduled for August 17, 2018 shall be cancelled and removed from the Court's calendar.

4. The trial in these matters scheduled to begin on August 27, 2018 shall be cancelled and removed from the Court's calendar.

5. During the term of the stay, neither party will act, nor assist any third party in acting, directly adverse to the other party in either the Consolidated Action or any Related Action; for the avoidance of doubt, this does not restrict Plaintiffs from acting adverse to other parties in the Consolidated Action or any Related Action, including on validity and infringement.

6. Absent ███████████████████████, the stay shall expire on the date above without any further action by the parties or the Court, and the parties shall file a Joint Status Report within five (5) business days thereafter.

ME1 27872046v.1

Dated: August 13, 2018

| MCCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Karen L. Pascale* |
| Michael P. Kelly (#2295) | Karen L. Pascale (#2903) |
| Daniel M. Silver (#4758) | Anne Shea Gaza (#4093) |
| Benjamin A. Smyth (#5528) | Robert M. Vrana (#5666) |
| MCCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| Renaissance Centre | |
| 405 N. King Street, 8th Floor | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| (302) 984-6300 | Wilmington, DE 19801 |
| mkelly@mccarter.com | (302) 571-6600 |
| dsilver@mccarter.com | kpascale@ycst.com |
| bsmyth@mccarter.com | agaza@ycst.com |
| | rvrana@ycst.com |
| *Attorneys for Plaintiffs AstraZeneca AB, AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and AstraZeneca LP* | *Attorneys for Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York LLC* |

IT IS SO ORDERED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE