# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ASTRAZENECA AB, ASTRAZENECA UK LIMITED, and ASTRAZENECA PHARMACEUTICALS LP,<br><br>Plaintiffs,<br><br>v.<br><br>SIGMAPHARM LABORATORIES, LLC, et al.<br><br>Defendants. | Civil Action No. 15-1000-RGA<br><br>CONSOLIDATED |
| ASTRAZENECA LP, ASTRAZENECA AB, ASTRAZENECA UK LIMITED, and ASTRAZENECA PHARMACEUTICALS LP,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC and AMNEAL PHARMACEUTICALS OF NEW YORK, LLC,<br><br>Defendants. | Civil Action No. 15-1056-RGA<br><br><br><br>PUBLIC VERSION FILED: November 20, 2018 |

## STIPULATION AND [PROPOSED] ORDER STAYING AMNEAL ACTIONS

WHEREAS, Plaintiffs AstraZeneca LP, AstraZeneca AB, AstraZeneca UK Limited, and AstraZeneca Pharmaceuticals LP (collectively "Plaintiffs" or "AstraZeneca") and Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York, LLC (collectively, "Amneal" or "Defendants") (collectively, "the parties") are parties to the above actions ("the Amneal Actions") pending before this Court;

WHEREAS, on August 13, 2018, the parties filed a stipulation to stay the Amneal

ME1 28550244v.1

Actions until September 12, 2018 (D.I. 472/474);

WHEREAS, on September 17, 2018, the parties filed a stipulation to further extend the stay through and including October 12, 2018 (D.I. 475/476);

WHEREAS, on October 11, 2018, the parties filed a stipulation to further extend the stay through and including November 12, 2018 (D.I. 477/478);

███████████████████████████████████████████████████

███████████████████████████████████

█████████████████████████████████████████

██████████████████████████████

NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate, subject to the Court's approval, as follows:

1. The Amneal Actions are further stayed until **November 27, 2018**, ██████████████████████████████████

2. During the term of the stay, neither party will act, nor assist any third party in acting, directly adverse to the other party in either the Consolidated Action or any Related Action; for the avoidance of doubt, this does not restrict Plaintiffs from acting adverse to other parties in the Consolidated Action, including on validity and infringement.

3. Absent ████████████████████, the stay shall expire on the date above without any further action by the parties or the Court, and the parties shall file a Joint Status Report within five (5) business days thereafter.

Dated: November 13, 2018

| | |
|---|---|
| /s/ Daniel M. Silver | /s/ Karen L. Pascale |
| Michael P. Kelly (#2295) | Karen L. Pascale (#2903) |
| Daniel M. Silver (#4758) | Anne Shea Gaza (#4093) |
| Benjamin A. Smyth (#5528) | Robert M. Vrana (#5666) |
| MCCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| Renaissance Centre | Rodney Square |
| 405 N. King Street, 8th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 571-6600 |
| mkelly@mccarter.com | kpascale@ycst.com |
| dsilver@mccarter.com | agaza@ycst.com |
| bsmyth@mccarter.com | rvrana@ycst.com |
| *Attorneys for Plaintiffs AstraZeneca AB, AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and AstraZeneca LP* | *Attorneys for Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York LLC* |

IT IS SO ORDERED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

ME1 28550244v.1