# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ASTRAZENECA AB, ASTRAZENECA UK LIMITED, and ASTRAZENECA PHARMACEUTICALS LP,<br><br>Plaintiffs,<br><br>v.<br><br>SIGMAPHARM LABORATORIES, LLC, et al.<br><br>Defendants. | Civil Action No. 15-1000-RGA<br><br>CONSOLIDATED |
| ASTRAZENECA LP, ASTRAZENECA AB, ASTRAZENECA UK LIMITED, and ASTRAZENECA PHARMACEUTICALS LP,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC and AMNEAL PHARMACEUTICALS OF NEW YORK, LLC,<br><br>Defendants. | Civil Action No. 15-1056-RGA |

## **CONSENT JUDGMENT**

AstraZeneca LP, AstraZeneca AB, AstraZeneca Pharmaceuticals LP and AstraZeneca UK Limited (hereinafter collectively "AstraZeneca"), and Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York, LLC (hereinafter "Amneal"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and

consent to entry of judgment and an injunction in the action, as follows:

IT IS this __28__ day of __November__, 2018:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Amneal Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 208531 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed Patents" shall mean United States Patent Numbers 6,251,910; RE46,276 (6,525,060); 7,250,419; and 7,265,124; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Amneal; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Amneal, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Amneal Product.

ME1 28648871v.1

4. Compliance with this Consent Judgment may be enforced by AstraZeneca and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

_____
Richard G, Andrews U.S.D.J

We hereby consent to the form and entry of this Order:

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

Charles E. Lipsey
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
charles.lipsey@finnegan.com
ryan.o'quinn@finnegan.com

/s/ Anne Shea Gaza
Karen L. Pascale (#2903)
Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
YOUNG CONAWAY STARGATT
& TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
agaza@ycst.com
rvrana@ycst.com

Ivan M. Poullaos
John R. McNair
Loren G. Rene
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
ipoullaos@winston.com
jmcnair@winston.com
lrene@winston.com

*Attorneys for Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York LLC*

Mark J. Feldstein
Jill K. MacAlpine
Maximilienne Giannelli
Cora R. Holt
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
mark.feldstein@finnegan.com
jill.macalpine@finnegan.com
Max.Giannelli@finnegan.com
Cora.Holt@finnegan.com

*Attorneys for AstraZeneca LP, AstraZeneca AB, AstraZeneca UK Limited, and AstraZeneca Pharmaceuticals LP*